# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SECVD & I, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 21-cv-929-MMA (AGS)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 27] |

On May 13, 2022, attorney Laura A. Steven filed a motion to withdraw as counsel of record for Plaintiff Victor Dalfio ("Plaintiff"). *See* Doc. No. 27. The motion is unopposed to date. *See* Docket. Plaintiff represents, and the docket reflects, that Plaintiff continues to be represented in this matter by one other attorney. *See id.*; Doc. No. 27. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Laura A. Steven as attorney of record for Plaintiff.

**IT IS SO ORDERED**.

Dated: May 20, 2022

　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge