# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO,<br><br>                Plaintiff,<br><br>v.<br><br>SECVD & I, INC. et al.,<br><br>              Defendants. | Case No.: 21-cv-929-MMA (AGS)<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>[Doc. No. 38] |

      Plaintiff Victor Dalfio and Defendant SECVD & I, Inc. move to dismiss this action in its entirety, because no other defendants remain, with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a). *See* Doc. No. 38. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

      **IT IS SO ORDERED.**

Dated: August 3, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge